UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-24226-JAL

HOWARD COHAN,

     Plaintiff,

vs.

MARRIOTT HOTEL SERVICES, LLC
a Foreign Limited Liability Company
d/b/a COURTYARD MIAMI AIRPORT

     Defendant(s).

_____/

## **NOTICE OF SETTLEMENT**

The Plaintiff, HOWARD COHAN and the Defendant, MARRIOTT HOTEL SERVICES, LLC, a Foreign Limited Liability Company, d/b/a COURTYARD MIAMI AIRPORT, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED January 16, 2024.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ Pamela A. Chamberlin**
Pamela A. Chamberlin
Fla. Bar No. 444006
MITRANI, RYNOR, ADAMSKY
& TOLAND, P.A.
301 Arthur Godfrey Road
Penthouse
Miami Beach, Florida 33140
305-358-0050 tel./305-358-0550 fax
pchamberlin@mitrani.com
cayala@mitrani.com
Attorney for Defendant

1

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 16, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

        **/s/ Gregory S. Sconzo**
        **Gregory S. Sconzo, Esq.**