UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-24226-JAL

HOWARD COHAN,

     Plaintiff,

vs.

MARRIOTT HOTEL SERVICES, LLC
a Foreign Limited Liability Company
d/b/a COURTYARD MIAMI AIRPORT

     Defendant(s).

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, MARRIOTT HOTEL SERVICES, LLC, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against MARRIOTT HOTEL SERVICES, LLC; and (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED January 26, 2024.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Pamela A. Chamberlin** |
| Gregory S. Sconzo, Esq. | Pamela A. Chamberlin, Esq. |
| Florida Bar No.: 0105553 | Florida Bar Number: 444006 |
| Sconzo Law Office, P.A. | MITRANI, RYNOR, ADAMSKY & TOLAND, P.A. |
| 3825 PGA Boulevard, Suite 207 | |
| Palm Beach Gardens, FL 33410 | 3012 Arthur Godfrey Road |
| Telephone: (561) 729-0940 | Penthouse |
| Facsimile: (561) 491-9459 | Miami Beach, Florida 33140 |
| Email: greg@sconzolawoffice.com | Telephone: 305-358-0050 |
| Email: samantha@sconzolawoffice.com | Facsimile: 305-358-0550 |
| mcniff@sconzolawoffice.com | pchamberlin@mitrani.com |
| Attorney for Plaintiff | cayala@mitrani.com |
| | Attorney for Defendant |

1

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                         **/s/ Gregory S. Sconzo**
                                         **Gregory S. Sconzo, Esq.**